**FILED**

02/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0604

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 21-0604

| | |
|---|---|
| M.K. WEEDEN CONSTRUCTION, INC., *Applicant and Appellee,* vs. SIMBECK AND ASSOCIATES, INC., *Respondent and Appellant.* | **GRANT OF EXTENSION** |

Having reviewed Appellee M.K. Weeden Construction, Inc.'s Unopposed Motion for Extension of Time, and the Court having found good cause therein,

IT IS HEREBY ORDERED that Appellee M.K. Weeden Construction, Inc. shall have an extension to and including **March 30, 2022**, to file its response brief.

SO ORDERED.

DONE AND DATED by electronic signature as indicated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 15 2022